FILED
September 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY S. ROY, ) <br> ) <br> Defendant. ) | Case No. 2;14CR00161-TLN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIMOTHY S. ROY__ , Case No. __2;14CR00161-TLN__ , Charge __SUPERVISE RELEASE VIOLATION (DISMISSED)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $__

　　__ Unsecured Appearance Bond

　　__ Appearance Bond with 10% Deposit

　　__ Appearance Bond with Surety

　　__ Corporate Surety Bail Bond

　　__ (Other) __

Issued at __Sacramento, CA__ on __September 24, 2014__ at __2:00 PM__ .

By  /s/ Allison Claire/s/ Allison Claire
　　　Allison Claire
　　　United States Magistrate Judge

Copy 2 - Court